# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI SONG DONG,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Respondents. | Case No. 1:26-cv-00607-JLT-SAB-HC<br><br>ORDER DENYING SUBSTITUTION OF ATTORNEY WITHOUT PREJUDICE<br><br>(ECF No. 19) |

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 24, 2026, Petitioner, through counsel Yunchao Song, filed a petition for writ of habeas corpus. (ECF No. 1.) On February 23, 2026, attorney Manpreet S. Gahra filed a notice of appearance. (ECF No. 16.) On February 24, 2026, the Clerk of Court issued a notice to Attorney Gahra that stated in pertinent part: "Your filing is entitled Notice of Appearance, however, the actual document attached is a Proposed Substitution of Attorney. Please re-file your document using the correct event **Substitution of Attorney - Proposed** under the category, *Other Filings*." (ECF No. 17.) On February 27, 2026, Attorney Gahra filed a substitution of attorney that was signed by Attorney Song and Attorney Gahra but was not signed by Petitioner. In lieu of Petitioner's signature, there is a notation that "Mr. Li Dong Song is detained." (ECF No. 19.)

Rule 182 of the Local Rules of Practice for the United States District Court, Eastern District of California provides in pertinent part:

> **(g) Substitution of Attorneys.** An attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, *and the client*. All substitutions of attorneys shall require the approval of the Court, and the words **"IT IS SO ORDERED"** with spaces designated for the date and signature of the Judge affixed at the end of each substitution of attorneys.

L.R. 182(g) (emphasis added).

As the instant filing does not comply with the Local Rules, the Court does not approve the substitution. The Court notes that Attorney Gahra filed a reply to Respondents' opposition. (ECF No. 20.) The Court will not consider the reply until a substitution of attorney that complies with the Local Rules is submitted.

IT IS SO ORDERED.

Dated: __March 2, 2026__

STANLEY A. BOONE
United States Magistrate Judge