**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LI SONG DONG, | No. 1:26-cv-00607 JLT SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION FOR PRELIMINARY INJUNCTION AS MOOT, DIRECTING RESPONDENT TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |
| | [A-File 073-170-344] |
| | (Docs. 1, 10, 25) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 16, 2026, the magistrate judge issued findings and recommendations recommending that the Petition be granted, the motion for preliminary injunction be denied as moot, and Petitioner be immediately released. (Doc. 25.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*at 9.) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 9–10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) To date, no objections have been filed, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

1

recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on March 16, 2026 (Doc. 25) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **GRANTED**.

3. Petitioner's motion for preliminary injunction (Doc. 10) is **DENIED** as moot.

4. Respondents are directed to **IMMEDIATELY RELEASE** Petitioner from custody under the conditions of his most recent order of supervision.

5. Respondents are **ENJOINED AND RESTRAINED** from re-detaining Petitioner unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or Respondents demonstrate by clear and convincing at a pre-deprivation bond hearing before a neutral decisionmaker that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]

6. The Clerk of Court is directed to to **SERVE California City Detention Facility** with a copy of this Order and then to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **April 2, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here SHALL be provided within seven days of the arrest.

2